UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| OLLIE M. HOLLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07-CV-1114 CAS |
| | ) | |
| TEAMSTER LOCAL 682, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Pending before the Court is plaintiff's motion for extension of time to provide defendant her Rule 26 initial disclosures and to respond to defendant's first set of interrogatories and requests for production of documents. [Doc. 19] In her motion, plaintiff has indicated defendant consents to an extension of the deadlines up to December 5, 2007.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to provide initial disclosures and to respond to written discovery requests is **GRANTED.** Plaintiff shall have up to and including December 5, 2007, to provide defendant her initial disclosures and to respond to defendant's first set of interrogatories and requests for production of documents. [Doc.19]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this ____13th____ day of November, 2007.