UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

OLLIE M. HOLLMAN,          )
                           )
         Plaintiff,        )
                           )
     vs.                   )     No. 4:07-CV-1114 CAS
                           )
TEAMSTER LOCAL 682,        )
                           )
         Defendant.        )

**ORDER OF DISMISSAL**

This matter is before the Court upon review of the file. It appears from the record that plaintiff Ollie M. Hollman has failed to keep the Court apprised of her current address, and therefore, the above-captioned case will be dismissed without prejudice.[1]

On July 31, 2008, the Clerk of Court sent a copy of the Court's Order dated July 31, 2008, [Doc. 34] to plaintiff at her address of record. On August 11, 2008, said mail was returned to the Court stamped "RETURN TO SENDER ATTEMPTED – NOT KNOWN UNABLE TO FORWARD" [Doc. 35]. Local Rule 2.06(B) states that "[i]f any mail to a pro se plaintiff or petitioner is returned to the Court without a forwarding address and the pro se plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." Over thirty days have passed since plaintiff's mail was returned to the Court as undeliverable, and plaintiff has not notified the Court of her current address.

---

[1] The Court is mindful that although this dismissal is without prejudice, plaintiff may encounter a statute of limitations problem should she attempt to refile this action.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**, without prejudice, for plaintiff's failure to keep the Court apprised of her current address. See Local Rule 2.06(B).

**IT IS FURTHER ORDERED** that defendant's motion for summary judgment is **DENIED**, without prejudice, as moot. [Doc. 33]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this \_\_\_15th\_\_\_ day of September, 2008.